**Order entered March 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00044-CV

## IN RE ROYAL DOUGLAS ROBINSON, Relator

### Original Proceeding from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-00017-U

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling.

/s/ CORY L. CARLYLE
   JUSTICE